1  BENJAMIN B. WAGNER
   United States Attorney
2  JILL M. THOMAS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,              | CASE NO. S 2:13-MJ-134 CKD |
12 |                          Plaintiff,    | ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS COMPLAINT |
13 |             v.                          |                            |
14 | ARMANDO FLORES VASQUEZ,                 |                            |
   | SERAFIN MAGALLON, AND                   |                            |
15 | MIGUEL ANGEL RANGEL,                    |                            |
16 |                          Defendants.   |                            |

17

18                              **ORDER**

19     For the reasons set forth in the motion to dismiss filed by the United States, **IT IS**

20 **HEREBY ORDERED** that:

21     The Complaint filed in Case No. S 2:13-MJ-134 CKD as to defendants ARMANDO

22 FLORES VASQUEZ, SERAFIN MAGALLON, and MIGUEL ANGEL RANGEL, is hereby

23 DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a) without prejudice.

24     Dated: May 7, 2013

25                                    _____
26                                    CAROLYN K. DELANEY
                                      UNITED STATES MAGISTRATE JUDGE
27

28

   ORDER TO DISMISS